# United States Court of Appeals
### For the Eighth Circuit
_____

No. 24-3127
_____

Robert Joseph Dale Clinkenbeard

*Petitioner - Appellant*

v.

Katie Murdock

*Respondent - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: March 19, 2025
Filed: March 27, 2025
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Robert Clinkenbeard appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition seeking to compel the Bureau of Prisons (BOP) to allow him to earn First

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.

Step Act (FSA) time credits. In 2018, Clinkenbeard pleaded guilty to three offenses and was sentenced to two concurrent sentences and a consecutive 60-month sentence for using a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A). The BOP aggregated his sentences and determined he was ineligible to earn FSA credits based on his section 924(c) conviction. See 18 U.S.C. § 3632(d)(4)(D)(xxii). Clinkenbeard argues that he has completed his sentence for the section 924(c) offense and is therefore eligible to earn FSA credits against his other two sentences.

Upon careful review, we conclude that the district court did not err in denying Clinkenbeard's petition, as the BOP correctly treated his prison terms as a single aggregate sentence for all 3 offenses, and therefore properly denied him FSA credits. See 18 U.S.C. § 3584(c) (multiple terms of imprisonment ordered to run consecutively or concurrently shall be treated for administrative purposes as a single, aggregate term of imprisonment); Spencer v. Haynes, 774 F.3d 467, 469 (8th Cir. 2014) (de novo review of dismissal of § 2241 petition).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____